1  JAMES E. McGLAMERY SB# 099433
   LAW OFFICES OF JAMES E. McGLAMERY
2  455 Capitol Mall, Suite 350
   Sacramento, CA  95814
3  Telephone:   (916) 446-6235
   Fax:          (916) 446-6218
4
   Attorney for Plaintiff
5  FRANCISCO J. FLORES

6

7
                    FEDERAL DISTRICT COURT FOR
8
              THE EASTERN DISTRICT OF CALIFORNIA
9

10  FRANCISCO J. FLORES                Case No: No:08-CV-2499-GEB-JFM

11       Plaintiff,                    **STIPULATION AND ORDER
                                       REGARDING FILING OF SECOND
12  v.                                 AMENDED COMPLAINT AND
                                       RESPONSE THERETO**
13  CHRIS VON KLEIST, JACK MARTIN,
    MARK HENDRY, LEIGH McDANIELS,
14  BEN W. KRAEMER, AND VANGIE         Courtroom Number: 10
    PORRAS.
15

16       Defendants.

17  _____ /

18

19       IT IS HEREBY STIPULATED, by and between the parties, through their respective

20  counsel, that Plaintiff will dismiss his fourth cause of action in the First Amended Complaint

21  and will file a Second Amended Complaint with the filing of this Stipulation and Order.  The

22  Second Amended Complaint will not include a claim for violation of the Uniform Services

23  Employment and Rights Act of 1994 (USERRA) 38 U.S.C §4301-4333.  It is further

24  stipulated that Defendants will file Answers to the Second Amended Complaint within 15

25  days of the filing of Plaintiff's Second Amended Complaint.

26  ///

27  ///

28
    *Francisco J. Flores v. Chris Von Kleist, Jack Martin,*
    *Mark Hendry, Leigh McDaniels, Ben W. Kraemer,*
    *and Vangie Porras*
    *Stipulation and Order Regarding Filing of Second Amended Complaint*

1    IT IS SO STIPULATED.

2

3    Date: _____          /s/ James E. McGlamery, Esq

4                                       James E. McGlamery, Esq.
                                        Attorney for Plaintiff/FRANCISCO J. FLORES
5

6
     Date: _____          /s/ Leonard G. Krup, Esq.
7
                                        Leonard G. Krup, Esq.
8                                       Attorney for Defendant/CHRIS VON KLEIST

9

10   Date: _____          /s/ F. Dennis Halsey, Esq.
                                        F. Dennis Halsey, Esq.
11                                      Attorney for Defendants/JACK MARTIN,
                                        MARK HENDRY, LEIGH MCDANIELS, BEN
12                                      W. KRAEMER, AND VANGIE PORRAS

13

14

15   *IT IS SO ORDERED.*

16   *Dated: March 17, 2009*

17

18                                      _____
                                        GARLAND E. BURRELL, JR.
19                                      United States District Judge

20

21

22

23

24

25

26

27

28
     *Francisco J. Flores v. Chris Von Kleist, Jack Martin,*
     *Mark Hendry, Leigh McDaniels, Ben W. Kraemer,*
     *and Vangie Porras*                              - 2 -
     *Plaintiff's Second Amended Complaint*