1  DENNIS HALSEY, ESQ. SBN 66091
   Law Offices of Dennis Halsey
2  9 Highland Circle
   Chico, CA 95926
3  (530) 345-1976

4  Attorney for defendants
   Jack Martin, Mark Hendry,
5  Ben Kraemer, Leigh McDaniel,
   and Vangie Porras

## United States District Court
## Eastern District of California, Sacramento

| | |
|---|---|
| FRANCISCO FLORES, | Case No. 2:08-cv-02499-GEB-JFM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER |
| | Trial Date: August 23, 2011 |
| | Discovery Cut Off: February 18, 2010 |
| CHRIS VON KLEIST, ET AL., | |
| Defendants. | |

The parties to this lawsuit, having received and considered the Court's Order Granting and Denying in Part Defendants' Motions for Summary Judgment, believe it is in their best interest to settle this case. In that regard counsel are discussing the terms and conditions of a proposed settlement. That process is on going, and may take several days or more to conclude. Once a proposed settlement agreement is reached, counsel must present the proposal to Plaintiff, and to the Board of Directors of Golden State Risk Management Authority, to Superintendent Chris Von Kleist, and to the past Board and current Board of Trustees of the Orland Unified School District.

Stip & (Proposed) Order Vac Status Conf Order

-1-

1  Convening meetings of those Boards takes time.

2     Presently there are pending the deposition of plaintiff, depositions of treating psychologist
3  and physician, and plaintiff's economist; and probably additional fact witnesses and expert
4  witnesses. Defendants have four discovery motions set for October 7. Defendants anticipate filing
5  additional discovery motions, and a motion to appointment a Special Master to act as Discovery
6  Referee, and to extend discovery cut off. Discovery cut off is currently set for October 20.

7     In order to negotiate and to approve a settlement in this case, the current date for discovery
8  cut off, the final date for other motions, and probably the Final Pre Trial conference are too near.
9  The attorneys believe, and request, that the Status (PreTrial Scheduling) Order should be vacated
10 and new dates set if the case does not settle.

11    Therefore, it is hereby stipulated between the parties, by and through their respective
12 attorneys, that the current Status (PreTrial Scheduling) Order be vacated, and a new order be made
13 if the parties are not able to reach agreement in the next ninety days.

14

15 Date: September 14, 2010          /s/  Dennis  Halsey
                                     Dennis Halsey, Esq.
16                                   Attorney for defendants Jack Martin, Mark Hendry,
17                                   Ben Kraemer, Leigh McDaniel, and Vangie Porras

18 Date: September 14, 2010          /s/ Leonard G. Krup, Esq.
                                     Leonard G. Krup, Esq.
19                                   Attorney for defendant Chris Von Kleist

20 Date; September 14, 2010          /s/ James E. McGlamery, Esq.
21                                   Attorney for plaintiff Francisco J. Flores

22                        ORDER

23
   Based on the parties' representations that they desire to determine whether they can settled
24
25 this case, the Status (Pretrial Scheduling) Order is modified as follows: the discovery completion
26 date is February 18, 2011; the last law and motion hearing date is April 18, 2011, commencing at
27 9:00 a.m. ; the final pretrial conference will commence at 1:30 p.m. on June 13, 2011; and trial
28

Stip & (Proposed) Order Vac Status Conf Order
-2-

1  shall commence at 9:00 a.m. on August 23, 2012.

2

3  Dated:  September 16, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge